Chase A. Scolnick, SBN 227631
Email:cscolnick@kelleranderle.com
18300 Von Karman Ave., Suite 930
Irvine, California 92612
Telephone: (949) 476-8700
Facsimile: (949) 476-0900

Juanita R. Brooks, SBN 75934
Email: brooks@fr.com
12390 El Camino Real
San Diego CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

*Attorneys for Defendant,*
MICROSOFT CORPORATION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>      Plaintiff,<br><br>   v.<br><br>MICROSOFT CORPORATION,<br><br>      Defendant. | 8:19-CV-00780-AG (JDEx)<br>8:19-CV-00781-AG (JDEx)<br>8:19-CV-00783-AG (JDEx)<br>8:19-CV-00955-AG (JDEx)<br>8:19-CV-00956-AG (JDEx)<br>8:19-CV-00988-AG (JCx)<br>consolidated with 8:19-CV-00780-AG (JDEx)<br><br>**STIPULATION TO STAY CONSOLIDATED ACTIONS PENDING *INTER PARTES* REVIEW INSTITUTION DECISIONS**<br><br>Judge: Hon. Andrew J. Guilford |

Defendant Microsoft Corporation ("Microsoft") and Plaintiff Uniloc 2017 LLC ("Uniloc") jointly request that these consolidated cases be stayed pending institution decisions of the petitions for *inter partes* review ("IPR") Microsoft has filed with the USPTO against every asserted patent, as detailed in the chart below:

| Patent | IPR Case No. | Filing Date | Expected Institution Decision[1] |
|--------|-------------|-------------|---------------------------------|
| 9,869,362 | 2019-01390 | July 31, 2019 | February 2020 |
| 6,836,654 | 2019-01470 | August 09, 2019 | February 2020 |
| 6,836,654 | 2019-01471 | August 09, 2019 | March 2020 |
| 8,724,622 | 2019-01558 | September 13, 2019 | March 2020 |
| 8,724,622 | 2019-01559 | September 13, 2019 | March 2020 |
| 8,881,273 | 2019-01552 | September 16, 2019 | March 2020 |
| 6,467,088 | 2020-00023 | October 11, 2019 | April 2020 |
| 8,495,359 | 2020-00101 | November 01, 2019 | February 2020 |
| 6,498,541 | 2020-00102 | November 05, 2019 | March 2020 |
| 6,498,541 | 2020-00103 | November 05, 2019 | March 2020 |

In a telephone conference on November 7, 2019, Uniloc indicated that it would agree to stay these consolidated cases pending decisions on whether the IPR proceedings institute consistent with the Court's prior order concerning another set of consolidated actions between the parties. *See* Uniloc 2017 LLC v. Microsoft Corp., Case No. 8:18-cv-02053-AG-JDE, Dkt. No. 95 (Aug. 9, 2019) ("For these reasons, and after considering the totality of the circumstances, the Court GRANTS Microsoft's motion and STAYS each of the above-consolidated cases. However, the Court will stay this matter only up until the last determination has been reached by

---

[1] Title 35 U.S.C. § 314 indicates that an institution decision shall come three months after the filing of, or the deadline for, the patent owner's preliminary response ("POPR"), whichever comes first. The POPR is due within three months after the patent office accords the petition a filing date. 35 U.S.C. § 313; 37 C.F.R. § 42.107(b). If the patent owner files its POPR early, or waives its POPR, the institution deadline is advanced.

2

STIPULATION TO STAY CONSOLIDATED
ACTIONS PENDING *INTER PARTES*
REVIEW INSTITUTION DECISIONS
Consolidated Case No. 8:19-CV-00780-AG (JDEx)

1   the PTAB regarding whether it will institute proceedings.  At that time, depending on

2   the outcome of the PTAB's preliminary institution decisions, Plaintiff may choose to

3   seek to reopen this case as to some or all of the asserted patents.  The Court does not

4   grant a full stay though the completion of any appeals stemming from instituted IPR

5   proceedings at this time.").

6        Microsoft and Uniloc request that the Court set a status conference in May

7   2020, subject to the Court's availability and that the parties file a joint status report

8   two weeks prior to the status conference.

9        Accordingly, Microsoft and Uniloc, through their respective counsel and

10  subject to approval of the Court, respectfully request that the Court stay these

11  consolidated cases pending the institution decisions regarding Microsoft's *inter*

12  *partes* review petitions currently pending against the patents-in-suit, and issue the

13  [Proposed] Order submitted herewith as **Exhibit A**.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO STAY CONSOLIDATED
ACTIONS PENDING *INTER PARTES*
REVIEW INSTITUTION DECISIONS
Consolidated Case No. 8:19-CV-00780-AG (JDEx)

1 | Dated: November 11, 2019

2

3 | By: */s/ Aamir A. Kazi*          By: */s/ M. Elizabeth Day*

4 | Aamir A. Kazi                         M. Elizabeth Day

5 | Aamir A. Kazi (*Pro Hac Vice*)        M. Elizabeth Day, SBN 177125
  | E-mail: kazi@fr.com                   Email: eday@feinday.com
6 | Benjamin K. Thompson                  David Alberti, SBN 220265
  | (*Pro Hac Vice*)                      Email: dalbertie@feinday.com
7 | E-mail: bthompson@fr.com              Sal Lim, SBN 211836
  | Fish & Richardson P.C.                Email: slim@feinday.com
8 | 1180 Peachtree Street NE              Marc Belloli, SBN 244290
  | 21st Floor                            mbelloli@feinday.com
9 | Atlanta, GA 30309                     FEINBERG DAY KRAMER
  | Telephone: (404) 892-5005             ALBERTI LIM TONKOVICH &
10 | Facsimile: (404) 892-5002            BELLOLI LLP
   |                                      1600 El Camino Real, Suite 280
11 | Benjamin C. Elacqua                  Menlo Park, CA 94025
   | (*Pro Hac Vice*)                     Telephone: (650) 618-4360
12 | Email: elacqua@fr.com                Facsimile: (650) 618-4368
   | Fish & Richardson P.C.
13 | 1221 McKinney Street, Suite 2800
   | Houston, TX 77010
14 | Telephone: (713) 654-5300
   | Facsimile: (713) 652-0109
15
   | *Attorneys for Defendant*            *Attorneys for Plaintiff,*
16 | MICROSOFT CORPORATION                UNILOC 2017 LLC

17

18

19

20

21

22

23

24

25

26

27

28

4

STIPULATION TO STAY CONSOLIDATED
ACTIONS PENDING *INTER PARTES*
REVIEW INSTITUTION DECISIONS
Consolidated Case No. 8:19-CV-00780-AG (JDEx)

1

## **CERTIFICATE OF ATTESTATION**

Pursuant to Rule 5-4.3.4(a)(2) of the United States District Court for the Central District of California Local Rules, the filing party hereby attests that all signatories listed concur in this filing's content and have authorized this filing.

By: */s/ Aamir A. Kazi*
       Aamir A. Kazi

STIPULATION TO STAY CONSOLIDATED
ACTIONS PENDING *INTER PARTES*
REVIEW INSTITUTION DECISIONS
Consolidated Case No. 8:19-CV-00780-AG (JDEx)

## **PROOF OF SERVICE**

The undersigned hereby certifies that, on November 11, 2019, a true and correct copy of the above and foregoing document described as **STIPULATION TO CONTINUE TO STAY CONSOLIDATED ACTIONS PENDING *INTER PARTES* REVIEW INSTITUTION DECISIONS** has been served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5-3.2.1.

The following are those who are currently on the list to receive e-mail notices for this case:

David L Alberti
dalberti@feinday.com
Marc C Belloli
mbelloli@feinday.com
M Elizabeth Day
eday@feinday.com
Sal Lim
slim@feinday.com
Jeremiah Armstrong
jarmstrong@feinday.com
Hong Syd Lin
hlin@feinday.com
Robert F. Kramer
rkramer@feinday.com
Kate E. Hart
khart@feinday.com
Russell S. Tonkovich
rtonkovich@feinday
FDALB-Uniloc-MSFT-Joint@feinday.com

Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

Executed on November 11, 2019, at Atlanta, Georgia.

*/s/ Susana M. Ricardo*
Susana M. Ricardo

STIPULATION TO STAY CONSOLIDATED
ACTIONS PENDING *INTER PARTES*
REVIEW INSTITUTION DECISIONS
Consolidated Case No. 8:19-CV-00780-AG (JDEx)